JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SANTIAGO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVAR SOLUTIONS INC., a Delaware corporation; UNIVAR SOLUTIONS USA, INC., a Washington corporation: and DOES 1 through 25,<br><br>Defendants. | Case No. 2:21-cv-06527-MCS-JDE<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

Having considered Plaintiff Javier Santiago's and Defendants Univar Solutions Inc.'s and Univar Solutions USA Inc.'s stipulation to remand, and good cause appearing, this Court hereby orders that the action be remanded to the Superior Court of California, County of Los Angeles, Case No. 21STCV25600.

/ / /

/ / /

/ / /

1 | Neither Plaintiff nor Defendants are entitled to claim attorneys' fees or costs in relation to the removal and remand of this action.

**IT IS SO ORDERED.**

Dated: October 12, 2021

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE